## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

### Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )   CRIMINAL NO. 3:19mj___126 |
| | ) |
| v. | ) |
| | ) |
| **MILES A. WASHINGTON,** | ) |
| | ) |
| *Defendant.* | ) |

### CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, MILES A. WASHINGTON, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

### COUNT ONE

### (Citation No. 9493458)

On or about September 7, 2019, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, and within the jurisdiction of this Court and the special territorial jurisdiction of the United States, defendant, MILES A. WASHINGTON, did willfully and knowingly steal an item of value of the United States of America and a department or agency thereof, said property having a

value of less than $1,000, to wit:  MILES A. WASHINGTON, did steal multiple fountain

beverages, of a value of approximately $1.98 from the Fort Lee Post Exchange.

(In violation of Title 18, United States Code, Section 641).

G. ZACHARY TERWILLIGER
ACTING UNITED STATES ATTORNEY


By: _____/s/_____
    Gabrielle S. Heim
    Special Assistant United States Attorney
    United States Attorney's Office
    919 East Main Street, Suite 1900
    Richmond, VA 23219
    Phone: (804) 765-1537
    Fax: (804) 765-1950
    gabrielle.s.heim.mil@mail.mil